IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> LONERGAN OVERHEAD DOORS AND GLASS, INC., *et al*., <br><br> Defendants. | Case No. 15-cv-975 JPG/SCW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: January 19, 2016

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE